**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7830**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

THOMAS CREIGHTON SHRADER,

              Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.    Irene C. Berger, District Judge.  (1:09-cr-00270-1)

Submitted:  January 23, 2014          Decided:  January 28, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Creighton Shrader, Appellant Pro Se.  John Lanier File, Assistant United States Attorney, Beckley, West Virginia; Betty Adkins Pullin, Thomas Charles Ryan, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Creighton Shrader appeals the district court's orders denying his motion to compel the court to arrest judgment on his convictions for stalking by use of interstate facility and possession of firearms by a convicted felon and denying his motion for reconsideration. See Fed. R. Crim. P. 34. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Shrader, No. 1:09-cr-00270-1 (S.D.W. Va. Oct. 8, 2013 & Nov. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED